NUMBER 13-99-752-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________ 



KENNETH DWAYNE JONES A/K/A 

KENNETH DWAYNE HAYES JONES , Appellant, 



v.

 
THE STATE OF TEXAS, Appellee. 

__________________________________________________________________ 


On appeal from the 197th District Court 

of Cameron County, Texas.

___________________________________________________________________ 



O P I N I O N

Before Chief Justice Seerden and Justices Dorsey and Rodriguez

Opinion Per Curiam



We dismiss Jones' appeal because he waived his right to appeal while entering a plea in a different cause. The reporter's
record in cause number 99-CR-809-C indicates that Jones waived his right to appeal in this cause, trial number
99-CR-808-C. Accordingly, this appeal is dismissed for want of jurisdiction. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 21st day of September, 2000 .